AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 641 - Theft of Government Property

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**
▶ DAVID INIGUEZ

DISTRICT COURT NUMBER

**CR 07   0278**

PENALTY:
Maximum term of imprisonment one year
Maximum fine $100,000
Maximum post-release supervision one year
Mandatory special assessment fee of $25.

**DEFENDANT**                                  MAG

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Office of the Inspector General, Social Security Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No    } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 07 0278 |
|---|---|
| Plaintiff, | ) VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property (Class A Misdemeanor) |
| v. | ) |
| DAVID INIGUEZ, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

On or about and between December 15, 2003, and August 20, 2006, in the Northern District of California, the defendant,

DAVID INIGUEZ,

did knowingly embezzle, steal, purloin, and convert to his use money or thing of value of the United States or a department and agency thereof, to wit: Social Security benefits, and did receive, conceal, and retain such money or thing of value with the intent to convert it to his gain, knowing it to have been embezzled, stolen, purloined, and converted, in violation of Title 18, United States Code,

INFORMATION

1  Section 641, a Class A misdemeanor.

3  DATED: 4/19/2007                    SCOTT N. SCHOOLS
                                       United States Attorney

                                       IOANA PETROU
                                       Chief, Major Crimes Section

8  (Approved as to form
                                       WENDY THOMAS
9                                      Special Assistant United States Attorney

INFORMATION