SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0278 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| DAVID INIGUEZ, ) | |
|     Defendant. ) | |

    Based on the facts set forth in the Declaration of Robb Stickley in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant David Iniguez, 17380 Sonoma Highway, Sonoma, California, 95476. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                              Respectfully submitted,

                              SCOTT N. SCHOOLS
                              United States Attorney

Dated: May 8, 2007                    /s
                              WENDY THOMAS
                              Special Assistant United States Attorney

MOTION FOR SUMMONS
Case No. CR 07 0278 MAG