SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07 0278 MAG |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER FOR SUMMONS |
| DAVID INIGUEZ, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Robb Stickley, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, David Iniguez, 17380 Sonoma Highway, Sonoma, California, 95476, to appear on May 30, 2007 at 9:30 a.m. before Magistrate Judge Elizabeth Laporte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: May 9, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07 0278 MAG