SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0278 MAG |
|     Plaintiff, | ) | |
| | ) | |
| | ) | **[PROPOSED] ORDER AND** |
| v. | ) | **STIPULATION EXCLUDING TIME** |
| | ) | **FROM MAY 30, 2007 TO JULY 3, 2007** |
| DAVID INIGUEZ, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| _____ | ) | |

      The parties appeared before the Honorable Elizabeth D. Laporte on May 30, 2007.

With the agreement of counsel for both parties, the Court found and held as follows:

      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

3161(b), from May 30, 2007 to July 3, 2007, in light of the need for the defendant's counsel to

obtain and review discovery.  Failure to grant the requested continuance would unreasonably

deny defense counsel reasonable time necessary for effective preparation, taking into account the

exercise of due diligence and the need for counsel to review the discovery with the defendant.

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG**

2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from May 30, 2007, to July 3, 2007 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from May 30, 2007 to July 3, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


IT IS SO STIPULATED.

DATED: 6/15/07                                    /s/
                                        JOSHUA COHEN
                                        Counsel for David Iniguez


DATED: 5/30/07                                    /s/
                                        WENDY THOMAS
                                        Special Assistant U.S. Attorney


IT IS SO ORDERED.

DATED:_____            _____
                                        THE HON. ELIZABETH D. LAPORTE
                                        United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG**                    2