1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant INIGUEZ
6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-07-0278 EDL
                                     )
12               Plaintiff,          )   STIPULATION AND [PROPOSED]
                                     )   ORDER CONTINUING STATUS
13        v.                         )   CONFERENCE AND EXCLUDING TIME
                                     )   UNDER THE SPEEDY TRIAL ACT
14  DAVID INIGUEZ,                   )
                                     )
15               Defendant.          )
    _____)
16

17        Having made his initial appearance on an information charging him with theft of

18  government property, in violation of 18 U.S.C. § 641, defendant David Iniguez is scheduled to

19  appear before this Court for status or trial setting on July 3, 2007.

20        Defense counsel will be out of state on July 3, 2007.  Accordingly, the parties agree and

21  stipulate to a one-week continuance of the matter to July 10, 2007.  The government has supplied

22  discovery.  The defendant has requested additional discovery, and government counsel is in the

23  process of determining whether there are materials responsive to the defendant's request.  At the

24  same time, the parties are engaged in settlement negotiations.

25        The parties further agree and stipulate that the time between July 3, 2007 and July 10,

26  2007 should be excluded under the Speedy Trial Act to provide for continuity and effective

CR 07-0278 EDL; STIP. TO EXCLUDE TIME          1

1   preparation of counsel.

2          IT SO STIPULATED.

3                                              BARRY J. PORTMAN
                                               Federal Public Defender
4
                                                      /s/
5   Dated: 6/19/07          _____
                                               JOSH COHEN
6                                              Assistant Federal Public Defender

7                                              SCOTT N. SCHOOLS
                                               United States Attorney
8
                                                      /s/
9   Dated: 6/19/07          _____
                                               WENDY THOMAS
10                                             Assistant United States Attorney

11

12                                **ORDER**

13         Accordingly, and for good cause shown, the status conference presently scheduled for

14  July 3, 2007 is hereby continued to July 10, 2007 at 10:30 a.m.

15         The time from July 3, 2007 through July 10, 2007 shall be excluded under the Speedy

16  Trial Act.  The Court finds that the failure to grant the requested continuance would deny the

17  defendant continuity and effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

18  The Court further finds that the ends of justice served by granting the requested continuance

19  outweigh the best interests of the public and the defendant in a speedy trial and in the prompt

20  disposition of criminal cases.  See id. § 3161(h)(8)(A).

21         IT IS SO ORDERED.

22  Dated:                     _____
                                               ELIZABETH D. LAPORTE
23                                             UNITED STATES MAGISTRATE JUDGE

24

25

26