```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOSH COHEN
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    (415) 436-7700
 5
    Counsel for Defendant INIGUEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0278 EDL |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| DAVID INIGUEZ, | |
| Defendant. | |

Having made his initial appearance on an information charging him with theft of government property, in violation of 18 U.S.C. § 641, defendant David Iniguez is scheduled to appear before this Court for status or trial setting on July 3, 2007.

Defense counsel will be out of state on July 3, 2007. Accordingly, the parties agree and stipulate to a one-week continuance of the matter to July 10, 2007. The government has supplied discovery. The defendant has requested additional discovery, and government counsel is in the process of determining whether there are materials responsive to the defendant's request. At the same time, the parties are engaged in settlement negotiations.

The parties further agree and stipulate that the time between July 3, 2007 and July 10, 2007 should be excluded under the Speedy Trial Act to provide for continuity and effective

1  preparation of counsel.

2      IT SO STIPULATED.

3                                    BARRY J. PORTMAN
                                    Federal Public Defender

                                  /s/

Dated: 6/19/07                _____
                                  JOSH COHEN
                                  Assistant Federal Public Defender

                                  SCOTT N. SCHOOLS
                                  United States Attorney

                                  /s/

Dated: 6/19/07                _____
                                  WENDY THOMAS
                                  Assistant United States Attorney

## ORDER

Accordingly, and for good cause shown, the status conference presently scheduled for July 3, 2007 is hereby continued to July 10, 2007 at 10:30 a.m.

The time from July 3, 2007 through July 10, 2007 shall be excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant continuity and effective preparation of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See id. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: June 25, 2007             _____
                                  ELIZABETH D. LAPORTE
                                  UNITED STATES MAGISTRATE JUDGE