BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant INIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-07-0278 EDL |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| DAVID INIGUEZ, | ) | |
| Defendant. | ) | |

Having made his initial appearance on an information charging him with theft of government property, in violation of 18 U.S.C. § 641, defendant David Iniguez is scheduled to appear before this Court for status or trial setting on July 3, 2007.

Defense counsel will be out of state on July 3, 2007. Accordingly, the parties agree and stipulate to a one-week continuance of the matter to July 10, 2007. The government has supplied discovery. The defendant has requested additional discovery, and government counsel is in the process of determining whether there are materials responsive to the defendant's request. At the same time, the parties are engaged in settlement negotiations.

The parties further agree and stipulate that the time between July 3, 2007 and July 10, 2007 should be excluded under the Speedy Trial Act to provide for continuity and effective

1  preparation of counsel.

2      IT SO STIPULATED.

3                                          BARRY J. PORTMAN
                                        Federal Public Defender

4                                          /s/

5  Dated: 6/19/07                           _____
                                        JOSH COHEN

6                                          Assistant Federal Public Defender

7                                          SCOTT N. SCHOOLS
                                        United States Attorney

8                                          /s/

9  Dated: 6/19/07                           _____
                                        WENDY THOMAS

10                                         Assistant United States Attorney

11

12                                              **ORDER**

13     Accordingly, and for good cause shown, the status conference presently scheduled for

14 July 3, 2007 is hereby continued to July 10, 2007 at 10:30 a.m.

15     The time from July 3, 2007 through July 10, 2007 shall be excluded under the Speedy

16 Trial Act.  The Court finds that the failure to grant the requested continuance would deny the

17 defendant continuity and effective preparation of counsel.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

18 The Court further finds that the ends of justice served by granting the requested continuance

19 outweigh the best interests of the public and the defendant in a speedy trial and in the prompt

20 disposition of criminal cases.  See id. § 3161(h)(8)(A).

21     IT IS SO ORDERED.

22 Dated: June 25, 2007                   _____

23                                         ELIZABETH D. LAPORTE
                                        UNITED STATES MAGISTRATE JUDGE

24

25

26

CR 07-0278 EDL; STIP. TO EXCLUDE TIME     2

*[Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte — United States District Court, Northern District of California]*