SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID INIGUEZ,<br><br>    Defendant. | Criminal No. CR 07-0278 MAG<br><br>**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 10, 2007 TO JULY 24, 2007** |

      The parties appeared before the Honorable Elizabeth D. Laporte on July 10, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 10, 2007 to July 24, 2007, in light of the need for the defendant's counsel to provide reciprocal discovery to the government. Failure to grant the requested continuance would unreasonably deny defense counsel and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG**

counsel to provide, and government counsel to review, reciprocal discovery.

     2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 10, 2007, to July 24, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 10, 2007 to July 24, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

     IT IS SO STIPULATED.

DATED: July 12, 2007                                       /s/
                                                     JOSH COHEN
                                                     Counsel for David Iniguez

DATED: July 12, 2007                                       /s/
                                                     WENDY THOMAS
                                                     Special Assistant U.S. Attorney

     IT IS SO ORDERED.

DATED:_____                          _____
                                               THE HON. ELIZABETH D. LAPORTE
                                               United States Magistrate Judge