1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant INIGUEZ
6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR-07-0278 EDL
                                     )
12          Plaintiff,                )    STIPULATION AND [PROPOSED]
                                     )    ORDER CONTINUING STATUS
13     v.                            )    CONFERENCE AND EXCLUDING TIME
                                     )    UNDER THE SPEEDY TRIAL ACT
14  DAVID INIGUEZ,                   )
                                     )
15          Defendant.                )
    _____)
16

17       Having made his initial and one subsequent appearance on an information charging him

18  with theft of government property, in violation of 18 U.S.C. § 641, defendant David Iniguez is

19  scheduled to appear before this Court for trial setting on July 24, 2007.

20       Mr. Iniguez is scheduled to undergo oral surgery on July 23, 2007 and has been advised

21  to stay home to recover for the following few days. Accordingly, the parties agree and stipulate

22  to a one-week continuance of the matter to July 31, 2007.

23       The parties further agree and stipulate that the time between July 24, 2007 and July 31,

24  2007 should be excluded under the Speedy Trial Act for effective preparation of counsel. The

25  parties are engaged in mutual exchange of discovery and investigations are underway to

26  ///

CR 07-0278 EDL; STIP. TO CONTINUE &
EXCLUDE TIME                                1

1 | determine whether the case is amenable to pretrial resolution.

2 |     IT SO STIPULATED.

3 |         BARRY J. PORTMAN
Federal Public Defender

4 |

5 | Dated: 07/20/2007     _____/s/_____
JOSH COHEN

6 | Assistant Federal Public Defender

7 | SCOTT N. SCHOOLS
United States Attorney

8 |

9 | Dated: 07/20/2007     ____/s/_____
WENDY THOMAS

10 | Assistant United States Attorney

11 |

12 | **ORDER**

13 | Accordingly, and for good cause shown, the trial-setting conference presently scheduled

14 | for July 24, 2007 is hereby continued to July 31, 2007 at 10:30 a.m.

15 | The time from July 24, 2007 through July 31, 2007 shall be excluded under the Speedy

16 | Trial Act. The Court finds that the failure to grant the requested continuance would deny the

17 | defendant effective preparation of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court

18 | further finds that the ends of justice served by granting the requested continuance outweigh the

19 | best interests of the public and the defendant in a speedy trial and in the prompt disposition of

20 | criminal cases. See id. § 3161(h)(8)(A).

21 | IT IS SO ORDERED.

22 | Dated:     _____
ELIZABETH D. LAPORTE

23 | UNITED STATES MAGISTRATE JUDGE

24 |

25 |

26 |