1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2

3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney

5

6     450 Golden Gate Avenue
      San Francisco, California  94102
7     Telephone: (415) 436-6809
      Facsimile: (415) 436-7234
8     E-Mail: wendy.thomas@usdoj.gov

9  Attorneys for Plaintiff

10
                   UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                     SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,          )     Criminal No. CR 07-0278 MAG
14                                     )
          Plaintiff,                   )
15                                     )
                                       )     [PROPOSED] ORDER AND
16     v.                              )     STIPULATION EXCLUDING TIME
                                       )     FROM JULY 10, 2007 TO JULY 24, 2007
17  DAVID INIGUEZ,                     )
                                       )
18        Defendant.                   )
                                       )
19  _____)

20

21        The parties appeared before the Honorable Elizabeth D. Laporte on July 10, 2007.

22  With the agreement of counsel for both parties, the Court found and held as follows:

23        1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24  3161(b), from July 10, 2007 to July 24, 2007, in light of the need for the defendant's counsel to

25  provide reciprocal discovery to the government.  Failure to grant the requested continuance

26  would unreasonably deny defense counsel and government counsel reasonable time necessary for

27  effective preparation, taking into account the exercise of due diligence and the need for defense

28  [PROPOSED] ORDER AND
    STIPULATION EXCLUDING TIME
    CR 07-0278 MAG

counsel to provide, and government counsel to review, reciprocal discovery.

     2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from July 10, 2007, to July 24, 2007 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

     3.  Accordingly, and with the consent of the defendant, the Court ordered that the period from July 10, 2007 to July 24, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


     IT IS SO STIPULATED.

DATED: July 12, 2007                                          /s/
                                      JOSH COHEN
                                      Counsel for David Iniguez


DATED: July 12, 2007                                          /s/
                                      WENDY THOMAS
                                      Special Assistant U.S. Attorney


     IT IS SO ORDERED.


DATED:___July 23, 2007___



THE HON. ELIZABETH D. LAPORTE
Judge Elizabeth D. Laporte

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG**           2