1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
8  E-Mail: wendy.thomas@usdoj.gov
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0278 MAG |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER AND** |
| v. ) | **STIPULATION EXCLUDING TIME** |
| ) | **FROM JULY 10, 2007 TO JULY 24, 2007** |
| DAVID INIGUEZ, ) | |
| Defendant. ) | |

The parties appeared before the Honorable Elizabeth D. Laporte on July 10, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 10, 2007 to July 24, 2007, in light of the need for the defendant's counsel to provide reciprocal discovery to the government.  Failure to grant the requested continuance would unreasonably deny defense counsel and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG**

counsel to provide, and government counsel to review, reciprocal discovery.

   2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 10, 2007, to July 24, 2007 outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(8)(A).

   3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 10, 2007 to July 24, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

   IT IS SO STIPULATED.

DATED: July 12, 2007                        /s/
                                            JOSH COHEN
                                            Counsel for David Iniguez

DATED: July 12, 2007                        /s/
                                            WENDY THOMAS
                                            Special Assistant U.S. Attorney

   IT IS SO ORDERED.

DATED: July 23, 2007



THE HON. ELIZABETH D. LAPORTE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG                    2