BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant INIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0278 EDL |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | UNDER THE SPEEDY TRIAL ACT |
| DAVID INIGUEZ, ) | |
| ) | |
| Defendant. ) | |

     Having made his initial and one subsequent appearance on an information charging him with theft of government property, in violation of 18 U.S.C. § 641, defendant David Iniguez is scheduled to appear before this Court for trial setting on July 24, 2007.

     Mr. Iniguez is scheduled to undergo oral surgery on July 23, 2007 and has been advised to stay home to recover for the following few days. Accordingly, the parties agree and stipulate to a one-week continuance of the matter to July 31, 2007.

     The parties further agree and stipulate that the time between July 24, 2007 and July 31, 2007 should be excluded under the Speedy Trial Act for effective preparation of counsel. The parties are engaged in mutual exchange of discovery and investigations are underway to

///

CR 07-0278 EDL; STIP. TO CONTINUE &
EXCLUDE TIME                        1

determine whether the case is amenable to pretrial resolution.

IT SO STIPULATED.

BARRY J. PORTMAN
Federal Public Defender

Dated: 07/20/2007            _____/s/_____
JOSH COHEN
Assistant Federal Public Defender

SCOTT N. SCHOOLS
United States Attorney

Dated: 07/20/2007            ____/s/_____
WENDY THOMAS
Assistant United States Attorney

**ORDER**

Accordingly, and for good cause shown, the trial-setting conference presently scheduled for July 24, 2007 is hereby continued to July 31, 2007 at 10:30 a.m.

The time from July 24, 2007 through July 31, 2007 shall be excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See id. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: July 23, 2007

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

[Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte]

CR 07-0278 EDL; STIP. TO CONTINUE &
EXCLUDE TIME                                2