1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5

6  450 Golden Gate Avenue
   San Francisco, California  94102
7  Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
8  E-Mail: wendy.thomas@usdoj.gov

9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )    Criminal No. CR 07-0278 MAG
                                    )
15         Plaintiff,                )
                                    )    **[PROPOSED] ORDER AND**
16     v.                            )    **STIPULATION EXCLUDING TIME**
                                    )    **FROM JULY 31, 2007 TO OCTOBER**
17 DAVID INIGUEZ,                   )    **30, 2007**
                                    )
18         Defendant.                )
                                    )
19 _____  )

20
21         The parties appeared before the Honorable Elizabeth D. Laporte on July 31, 2007.

22 With the agreement of counsel for both parties, the Court found and held as follows:

23         1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24 3161(b), from July 31, 2007 to October 30, 2007, in light of the need for the defendant to obtain

25 a determination in other administrative proceedings and in light of the need for defendant's

26 continuity of counsel.  Failure to grant the requested continuance would unreasonably deny

27 defense counsel and government counsel reasonable time necessary for effective preparation,

28 **[PROPOSED[ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07-0278 MAG**

taking into account the exercise of due diligence and the defendant's wish to obtain resolution on administrative proceedings with the Social Security Administration and for defendant's continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 31, 2007, to October 30, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 31, 2007 to October 30, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: 8/6/07                                 /s/
                                           JOSH COHEN
                                           Counsel for David Iniguez

DATED: 8/5/07                                 /s/
                                           WENDY THOMAS
                                           Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:_____
                                           THE HON. ELIZABETH D. LAPORTE
                                           United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG**                2