SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0278 MAG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AND |
| v. | ) | STIPULATION EXCLUDING TIME |
| | ) | FROM JULY 31, 2007 TO OCTOBER |
| DAVID INIGUEZ, | ) | 30, 2007 |
| Defendant. | ) | |
| | ) | |

      The parties appeared before the Honorable Elizabeth D. Laporte on July 31, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 31, 2007 to October 30, 2007, in light of the need for the defendant to obtain a determination in other administrative proceedings and in light of the need for defendant's continuity of counsel.  Failure to grant the requested continuance would unreasonably deny defense counsel and government counsel reasonable time necessary for effective preparation,

**[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG**

taking into account the exercise of due diligence and the defendant's wish to obtain resolution on administrative proceedings with the Social Security Administration and for defendant's continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 31, 2007, to October 30, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 31, 2007 to October 30, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 8/6/07                                         /s/
                                                      JOSH COHEN
                                                      Counsel for David Iniguez

DATED: 8/5/07                                         /s/
                                                      WENDY THOMAS
                                                      Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:  August 13, 2007



THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

[~~PROPOSED~~] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG                              2