1    BARRY J. PORTMAN
     Federal Public Defender
2    JODI LINKER
     Assistant Federal Public Defender
3    19th Floor Federal Building – Box 36106
     450 Golden Gate Avenue
4    San Francisco, CA 94102
     Telephone:  (415) 436-7700
5
     Counsel for Defendant Iniguez
6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )       No. CR-07-00278-MAG
                                        )
12                   Plaintiff,         )       **NOTICE OF CHANGE OF COUNSEL**
                                        )
13   v.                                 )
                                        )
14   DAVID INIGUEZ,                     )
                                        )
15                   Defendant.         )
                                        )
16   _____)

17        The Federal Public Defender's Office hereby files this Notice of Change of Counsel to

18   advise the court that the assigned Assistant Federal Public Defender ("AFPD") for this case is

19   Jodi Linker.  AFPD Josh Alan Cohen should be removed from the list of persons to be noticed.

20   Dated: September 17, 2007
21                                        Respectfully submitted,

22                                        BARRY J. PORTMAN
                                          Federal Public Defender
23
                                               /s/
24
                                          JODI LINKER
25                                        Assistant Federal Public Defender

26