SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 07-0278 MAG |
|     Plaintiff, | |
| v. | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 30, 2007 TO JANUARY 30, 2008** |
| DAVID INIGUEZ, | |
|     Defendant. | |

    The parties appeared before the Honorable Elizabeth D. Laporte on October 30, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 30, 2007 to January 30, 2008, in light of the need for the defendant to obtain a determination in other administrative proceedings and in light of the need for defendant's continuity of counsel. Failure to grant the requested continuance would unreasonably deny defense counsel and government counsel reasonable time necessary for

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG**

effective preparation, taking into account the exercise of due diligence and the defendant's wish to obtain resolution on administrative proceedings with the Social Security Administration and for defendant's continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 30, 2007 to January 30, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 30, 2007 to January 30, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 11/26/07                             /s/
                                            JODI LINKER
                                            Counsel for David Iniguez


DATED: 11/24/07                             /s/
                                            WENDY THOMAS
                                            Special Assistant U.S. Attorney


IT IS SO ORDERED.

DATED:_____                       _____
                                            THE HON. ELIZABETH D. LAPORTE
                                            United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG**                2