JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0278 MAG |
| )  Plaintiff, ) | |
| ) | [~~PROPOSED~~] **ORDER AND** |
| v. ) | **STIPULATION TO EXCLUDE TIME** |
| ) | **AND DEFER PROSECUTION** |
| DAVID INIGUEZ, ) | |
| )  Defendant. ) | |
| _____ ) | |

     1.  The parties appeared before the Honorable Elizabeth D. Laporte on January 30, 2008. At that time, the parties agreed to enter into this Deferred Prosecution Agreement (the "Agreement") and agreed to an exclusion of time under the Speedy Trial Act for the duration of the deferral of prosecution. 18 U.S.C. § 3161(b).  The parties agree that deferral of prosecution is appropriate in order to allow defendant time to obtain a resolution on administrative proceedings with the Social Security Administration ("SSA") and exhaust his administrative appeals with SSA and the Office of Adjudication and Hearings Review ("ODAR").

     2.  This Agreement shall be in effect until January 27, 2009.  In the event that the defendant's administrative appeals are exhausted prior to the one year period, or should the

STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 07-0278 MAG

1  defendant elect to initiate these proceedings sooner, the parties may terminate the Agreement
2  early and place this matter on the Court's calendar for further proceedings.
3      3. The parties agree to an exclusion under the Speedy Trial Act from January 30, 2008 to
4  January 27, 2009 and the defendant expressly waives his rights under Federal Rule of Criminal
5  Procedure 48(b) for the period during which this Agreement is in effect. 18 U.S.C. § 3161(h)(2)
6  & 3161(h)(8)(A) & (B)(iv); Fed. R. Crim. Pro. 48(b).
7      Accordingly, the parties agree that the prosecution will be deferred for a one year period
8  of time for defendant to exhaust his administrative appeals.

10 IT IS SO STIPULATED.

11                                    JOSEPH P. RUSSONIELLO
                                      United States Attorney

13 DATED: __2/1/08__                   _____/s/_____
                                      WENDY THOMAS
14                                    Special Assistant United States Attorney

16 DATED: __2/1/08__                   _____/s/_____
                                      JODI LINKER
17                                    Attorney for Mr. Iniguez

                              [PROPOSED] ORDER

    Based on the stipulation of the parties and with the consent of the defendant and for
good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act
pursuant to 18 U.S.C. § 3161(h)(2) & § 3161(h)(8)(A) & (B)(iv) from January 30, 2008 to
January 27, 2009 for deferral of prosecution by the United States for the purpose of allowing the
defendant to complete his administrative appeals. A status conference in this matter will be held
on January 27, 2009 at 10:30 am.

DATED: _February 8, 2008_            _____
                                     ELIZABETH D. LAPORTE
                                     United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 07-0278 MAG