JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>DAVID INIGUEZ, )<br>)<br>Defendant. )<br>)<br>_____ ) | Criminal No. CR 07-0278 MAG<br><br>**[~~PROPOSED~~] ORDER AND STIPULATION TO EXCLUDE TIME AND DEFER PROSECUTION** |

1. The parties appeared before the Honorable Elizabeth D. Laporte on January 30, 2008. At that time, the parties agreed to enter into this Deferred Prosecution Agreement (the "Agreement") and agreed to an exclusion of time under the Speedy Trial Act for the duration of the deferral of prosecution. 18 U.S.C. § 3161(b). The parties agree that deferral of prosecution is appropriate in order to allow defendant time to obtain a resolution on administrative proceedings with the Social Security Administration ("SSA") and exhaust his administrative appeals with SSA and the Office of Adjudication and Hearings Review ("ODAR").

2. This Agreement shall be in effect until January 27, 2009. In the event that the defendant's administrative appeals are exhausted prior to the one year period, or should the

defendant elect to initiate these proceedings sooner, the parties may terminate the Agreement early and place this matter on the Court's calendar for further proceedings.

       3.  The parties agree to an exclusion under the Speedy Trial Act from January 30, 2008 to January 27, 2009 and the defendant expressly waives his rights under Federal Rule of Criminal Procedure 48(b) for the period during which this Agreement is in effect. 18 U.S.C. §  3161(h)(2) &  3161(h)(8)(A) & (B)(iv); Fed. R. Crim. Pro. 48(b).

       Accordingly, the parties agree that the prosecution will be deferred for a one year period of time for defendant to exhaust his administrative appeals.

IT IS SO STIPULATED.

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

DATED:  __2/1/08_____       _____/s/_____
                              WENDY THOMAS
                              Special Assistant United States Attorney

DATED:  __2/1/08_____       _____/s/_____
                              JODI LINKER
                              Attorney for Mr. Iniguez

[PROPOSED] ORDER

       Based on the stipulation of the parties and with the consent of the defendant and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §  3161(h)(2) & § 3161(h)(8)(A) & (B)(iv) from January 30, 2008 to January 27, 2009 for deferral of prosecution by the United States for the purpose of allowing the defendant to complete his administrative appeals.  A status conference in this matter will be held on January 27, 2009 at 10:30 am.

DATED:  __February 8, 2008_____

                          ELIZABETH D. LAPORTE
                          United States Magistrate Judge

IT IS SO ORDERED

Elizabeth D. Laporte

United States District Court
Northern District of California
Judge Elizabeth D. Laporte