1  JOSEPH RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )   Criminal No. CR 07-0278 MAG
                                    )
13        Plaintiff,                )
                                    )
14                                  )   [~~PROPOSED~~] ORDER AND
          v.                        )   STIPULATION FOR CONTINUANCE
15                                  )   AND TO EXCLUDE TIME FROM
   DAVID INIGUEZ,                   )   JANUARY 27, 2009, TO APRIL 14, 2009
16                                  )
          Defendant.                )
17                                  )
   _____)
18

19
          The parties appeared before the Honorable Elizabeth D. Laporte on January 27, 2009.
20
   At that time, the parties agreed to continue the matter to March 31, 2009, and to exclude time to
21
   allow defendant time to review his avenues for administrative appeal. The government hereby
22
   requests that the status appearance now scheduled for March 31, 2009, be continued to April 14,
23
   2009, or as soon thereafter as the matter may be heard. The reason for the continuance is that
24
   government counsel will be out of state on the current date and will be unavailable. Counsel for
25
   both parties agrees as follows:
26
          1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
27

28 [~~PROPOSED~~][ ORDER AND
   STIPULATION EXCLUDING TIME
   CR 07-0278 MAG

3161(b), from January 27, 2009 to April 14, 2009, in light of the need for both effective preparation of counsel and continuity of counsel. The defendant needs to look into any possible avenues of appeal and to ensure he's exhausted his administrative remedies in his civil proceeding. Moreover, government counsel will be unavailable on March 31, 2009. Failure to grant the requested continuance would unreasonably deny defense counsel and government counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the defendant's wish to obtain resolution on administrative proceedings with the Social Security Administration.

2. Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 27, 2009 to April 14, 2009 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from January 27, 2009 to April 14, 2009 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 03/24/09                             /s/
                                            JODI LINKER
                                            Counsel for David Iniguez

DATED: 03/24/09                             /s/
                                            WENDY THOMAS
                                            Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: March 26, 2009



THE HO[N]                                   
United Sta[tes]
Judge Elizabeth D. Laporte

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0278 MAG                    2