1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant INIGUEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   No. CR 07-278 EDL
                                        )
12              Plaintiff,              )   STIPULATION AND [PROPOSED]
                                        )   ORDER TO CONTINUE HEARING
13 v.                                   )
                                        )
14 DAVID INIGUEZ,                       )
                                        )
15              Defendant.              )
                                        )
16

17     On October 13, 2009, the parties appeared before the Court in the above-referenced

18 matter and set the matter over until December 1, 2009. At the hearing, the parties advised the

19 Court that defendant David Iniguez had completed his administrative hearing before the Social

20 Security Administration ("SSA"), but the SSA had yet to issue a ruling on his case. To date, the

21 Administrative Law Judge still has not issued that ruling. The parties agree that it would be

22 more efficient to continue the next status conference in this Court until after Mr. Iniguez's

23 administrative process is resolved. Accordingly, the parties hereby stipulate and agree that the

24 next appearance in this matter be continued to January 5, 2010 at 11:00 am.

25     The parties also request that the Court exclude the period of time from the date of this

26 Order through January 5, 2010 from any time limits applicable under 18 U.S.C. § 3161. The

                                            1

1  parties represent that granting the continuance provides the reasonable time necessary for
2  preparation of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the
3  ends of justice served by granting such a continuance outweigh the best interests of the public
4  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5      IT IS SO STIPULATED.

7  November 30, 2009            /s/
   DATED                  JODI LINKER
8                            Assistant Federal Public Defender

10  November 30, 2009          /s/
   DATED                  ACADIA SENESE
11                            Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Based on the stipulation of the parties, and for good cause shown, the next appearance in the above-captioned matter is continued to January 5, 2010 at 11:00 am and the time until then is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

November 30, 2009
DATED

/s/ Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

*US v. Iniguez*; Case No. CR 07-278 EDL;
STIP & PROP. ORDER TO CONT HEARING     2